° ₐAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

Francisco Pablo Perossio

Plaintiff (s),

V.

Pure Growth Consulting, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   1:18-cv-01946-LAP

Notice is hereby given that, subject to approval by the court,   Puro Growth Consulting, LLC and Chris Clarke, Individually and as CEO    substitutes

(Party (s) Name)

Jonathan B. Shapiro, Esq.    , State Bar No.   JS-6439    as counsel of record in

(Name of New Attorney)

place of    Andrea C. Sisca, Esq. and Stephen G. Walko, Esq.    .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Shapiro Law Offices, LLC

Address:    32 Washington Street, Middletown, CT 06457

Telephone:    (860) 347-3325    Facsimile   (860) 347-3874

E-Mail (Optional):    jshapiro@shapirolawofficesct.com

I consent to the above substitution.

Date: _____

(Signature of Party (s))

I consent to being substituted.

Date:   11/7/2018

Andrea C. SISCA

(Signature of Former Attorney (s))  STEPHEN G. WALKO

I consent to the above substitution.

Date:   11/26/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**