```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Francisco Pablo Perossio,           :
                                    :
                                    :      18 CV 1946 (LAP)
               Plaintiff(s),        :
                                    :         ORDER
         -against-                  :
                                    :
Pure Growth Consulting, LLC, et al, :
                                    :
                Defendant(s).       :
                                    :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

      */s/ Loretta A. Preska*
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: September 8, 2021
New York, New York