# Verrill

ME | MA | RI | CT | NY | DC | verrill-law.com

**FRANK J. SILVESTRI JR.**
COUNSEL
fsilvestri@verrill-law.com
203-222-3108

Verrill Dana LLP
355 Riverside Avenue
Westport, CT 06880
Main 203-222-0885

# MEMO ENDORSED

VIA ECF

October 18, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re: *Perossio v. Pure Growth Consulting, LLC et al. -*
*Docket No. 1:18-CV-01946 (LAP)*

Dear Judge Moses:

I represent the defendants in the above matter.  I have consulted further with Mr. Nuwesra and my client concerning a date for the settlement conference in light of the Court's unavailability during the weeks of October 31 and November 7.  Mr. Nuwesra has graciously agreed to defer the start of his vacation, which he had planned for November 11, and can be available with his client on November 14.  My client and I are also available then.

If November 14 does not work for the Court, we would greatly appreciate it if the Court could advise us of available dates beginning on December 7 and we will find a date when counsel and clients are available.

Thank you for your consideration in working with us to find a date.  I regret that it was necessary for me to ask for an adjournment at the last minute yesterday.

Respectfully,

Frank Silvestri

Frank J. Silvestri, Jr.

---

Application GRANTED. The settlement conference is ADJOURNED to **November 14, 2022 at 10:00 a.m.**

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
October 18, 2022