UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRANCISCO PABLO PEROSSIO,

                Plaintiff,

   -against-

PURE GROWTH CONSULTING, LLC,
and CHRIS CLARKE, AS CEO and
INDIVIDUALLY,

                Defendants.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2022
```

CASE NO. 1:18-cv-01946 (BCM)

**ORDER DISMISSING FIRST AND
SECOND CAUSES OF ACTION
WITH PREJUDICE**

**BARBARA MOSES, United States Magistrate Judge**

    IT IS HEREBY ORDERED that, pursuant to the Stipulation for Dismissal with Prejudice of First and Second Causes of Actions signed by counsel for all parties, the First and Second Causes of Action of the Verified Complaint (Doc. # 5) in this matter, and those Causes of Action only, are dismissed, with prejudice and without costs to any party.

Dated:  New York, New York
           December 13, 2022

SO ORDERED.

_____
**Barbara Moses
United States Magistrate Judge**