UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FRANCISCO PABLO PEROSSIO,

              Plaintiff,

  -against-

PURE GROWTH CONSULTING, LLC,
and CHRIS CLARKE, AS CEO and
INDIVIDUALLY,

             Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/08/2023

CASE NO. 1:18-cv-01946 (BCM)

**ORDER DISMISSING ACTION
WITH PREJUDICE**

**BARBARA MOSES, United States Magistrate Judge**

    IT IS HEREBY ORDERED that, pursuant to the Stipulation for Dismissal with Prejudice signed by counsel for all parties, the above captioned matter is dismissed, with prejudice and without costs to any party.

Dated: New York, New York
       February 8, 2023

SO ORDERED.

_____
**Barbara Moses
United States Magistrate Judge**

21386969_1